# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Duane Cannon <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-10035 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 5751

                                  Respectfully submitted,

                                  **/s/Joshua I. Goldman, Esquire**
                                  Joshua I. Goldman, Esquire
                                  Thomas Puleo, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 825-6306  FAX (215) 825-6406