United States Bankruptcy Court
Eastern District of Pennsylvania

In re:	Case No. 16-10035-ref
Duane Cannon	Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Aug 19, 2016
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.
13747872    Bank of America, NA,    P.O. Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JEROME B. BLANK    on behalf of Creditor   Nationstar Mortgage LLC paeb@fedphe.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor   Bank of America, NA paeb@fedphe.com
      JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Duane  Cannon NO1JTB@juno.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      MARIO J. HANYON    on behalf of Creditor   Bank of America, NA paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10035-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Duane Cannon
2322 Spring Street
Reading PA 19609

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/18/2016.

Name and Address of Alleged Transferor(s):

Claim No. 5: Bank of America, NA, P.O. Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATERS BOULEVARD
COPPELL, TX 75019

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/21/16

Tim McGrath
**CLERK OF THE COURT**