**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **DUANE CANNON,** | : | **Case No. 16-10035 REF** |
| **Debtor,** | : | **Chapter 13** |

**O R D E R**

       *AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,666.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is ***GRANTED,*** and the amount of compensation is ***APPROVED***.

**BY THE COURT,**

**Date: February 6, 2017**

_____
**RICHARD FEHLING,
U.S. BANKRUPTCY JUDGE**