United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10035-ref
Duane Cannon                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Aug 25, 2017
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Duane Cannon,    2322 Spring Street,    Reading, PA 19609-1624
cr             +Nationstar Mortgage LLC,    c/o Kevin S. Frankel,    Shapiro & DeNardo, LLC,
                 3600 Horizon Dr, Ste 150,    King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Duane  Cannon NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Duane Cannon,<br><br>    Debtor | Chapter 13<br><br>Case No.: 16-10035-ref |
| Nationstar Mortgage LLC,<br>    Movant,<br>vs.<br>Duane Cannon,<br>    Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>    Trustee / Respondent. | |

**ORDER**
_____

  IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 23, 2017 with regard to the above matter is APPROVED.

**Date: August 25, 2017**

_____
Hon. Richard E. Fehling, U.S.B.J.

222589-1