United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10035-ref
Duane Cannon                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Feb 15, 2018
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
```
db           +Duane Cannon,    2322 Spring Street,    Reading, PA 19609-1624
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +Nationstar Mortgage LLC,    c/o Kevin S. Frankel,    Shapiro & DeNardo, LLC,
               3600 Horizon Dr, Ste 150,    King of Prussia, PA 19406-4702
13661967     +AR Resources,    P.O. Box 1056,    Blue Bell, PA 19422-0287
13661968      Bank of America,    1800 Topo Canyon,    Sim Valley, CA 93063
13661969      Bank of America,    1800 Topo Canyon,    Simi Valley, CA 93063
13747872      Bank of America, NA,    P.O. Box 31785,    Tampa, FL 33631-3785
13750263     +Bank of America, NA,    Phelan Hallinan & Schmieg,    1617 John F. Kennedy Boulevard,
               Suite 1400,    Philadelphia, PA 19103-1814
13661970      Cavalry Portfolio Services,    500 Summil Lake Drive STE4A,    Baldwin Place, NY 10505
13661971     +Convergert Health Care,    121 NE Jefferson Street, Suite 100,    Peoria, IL 61602-1229
13832886     +NATIONSTAR MORTGAGE LLC,    8950 CYPRESS WATERS BOULEVARD,    COPPELL, TX 75019-4620
13767060     +Nationstar Mortgage LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13911713     +Nationstar Mortgage, LLC,    Milstead & Associates LLC,    1 East Stow Road,
               Marlton, NJ 08053-3118
13661975     +Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard, Suite 1400,
               Philadelphia, PA 19103-1814
13661977     +Vision FCU,    24 Mc Kinley Ave,    Endicott, NY 13760-5491
13661978     +Visions FCU,    formerly CTCE FCU,    24 Mckinley Avenue,    Endicott, NY 13760-5415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: robertsl2@dnb.com Feb 16 2018 01:53:55      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:53:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2018 01:54:06      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13705475     +E-mail/Text: bankruptcy@cavps.com Feb 16 2018 01:54:00      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13661972      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 16 2018 01:53:57      Jefferson Capital System,
               16 Mcleland Road,    Saint Cloud, MN 56303
13685502      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 16 2018 01:53:57      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13661973     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 01:53:48      Midland Funding,
               2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
13661976      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:16:29
               Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13778315*       Bank of America, NA,    PO Box 31785,    Tampa FL 33631-3785
13661974*      +Midland Funding LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                   Date Rcvd: Feb 15, 2018
                              Form ID: pdf900             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:

```
          ANDREW   SPIVACK     on behalf of Creditor    Bank of America, NA paeb@fedphe.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JEREMY JOHN KOBESKI    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Duane  Cannon NO1JTB@juno.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MARIO J. HANYON    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| DUANE CANNON | |
| | : Bankruptcy No. 16-10035REF |
| Debtor(s) | : Chapter 13 |

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: February 15, 2018**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

DUANE CANNON
2322 SPRING STREET
READING,PA.19609